ACCEPTED
04-14-00069-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/10/2015 4:43:44 PM
KEITH HOTTLE
CLERK

Filed 2/10/2015 1:10:19 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Rosie Garcia, Deputy

CAUSE NO. 14-10-53721-CV

| | | |
|---|---|---|
| HOUSING AUTHORITY OF THE CITY OF ALICE | § § § | IN THE DISTRICT COURT OF |
| v. | § § | JIM WELLS COUNTY, TEXAS |
| TEXAS MUNICIPAL LEAGUE JOINT SELF INSURANCE FUND AND TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL | § § § § § | 79rd JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/10/2015 4:43:44 PM
KEITH E. HOTTLE
Clerk

### NOTICE OF APPEAL OF DEFENDANTS
### THE TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND
### AND THE TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL

Defendants Texas Municipal League Joint Self-insurance Fund and The Texas Municipal League Intergovernmental Risk Pool give notice that Defendants appeal from the Court's "Order Selecting Empire" that was signed on January 15, 2015 by the sitting judge in the 79th Judicial District Court of Jim Wells County, Texas, in the above entitled and numbered cause.

This appeal is being taken to the Fourth Court of Appeals in San Antonio. This is an appeal of a final order.

Respectfully submitted,

BLANK ROME LLP


By: */s/ Barry Abrams*
    Barry Abrams
    babrams@blankrome.com
    State Bar No. 00822700
    Jack W. Higdon
    jhigdon@blankrome.com
    State Bar No. 24007360
    700 Louisiana, Suite 4000
    Houston, TX 77002-2727
    (713) 228-6601
    (713) 228-6605 (Fax)

**Attorneys for Defendants**
**Texas Municipal League Joint Self-insurance Fund and The Texas Municipal League Intergovernmental Risk Pool**

## CERTIFICATE OF SERVICE

I certify that on February 10, 2015, I served a true and correct copy of the foregoing document on the following counsel, at the addresses and in the manner indicated below:

***Via Email and***
***CM/RRR #70071490000022287784***
Mr. Anthony Constant
CONSTANT LAW FIRM
One Shoreline Plaza
800 N. Shoreline Blvd, Suite 2700 South
Corpus Christi, Texas 78401
Fax: 361-887-8010
afc@constantlawfirm.com
office@constantlawfirm.com

/s/ *Barry Abrams*
Barry Abrams